# EXHIBIT 8

**SAMSUNG**  Shop   Mobile   TV & Audio   Appliances   Computing   Displays   Accessories        Explore   Support

SmartThings    Discover Samsung Winter                                                                        For Business



# Smarter life with SmartThings

Bring calm to your connected world. Connect your smart devices and manage your home with a single, easy-to-use app. SmartThings provides a smooth transition from chores to relaxation, so you can focus on what matters most to you. Now compatible with Matter and a wider variety of devices.

Download the SmartThings app.

**GOOGLE PLAY STORE**      **APPLE APP STORE**



SmartThings

 Monitor & Control    Automations    Compatible Devices

# Life simplified. Home customized.





## Your home at-a-glance

Manage your home settings without even getting up from the couch. Use the SmartThings app to check devices and more.

## Your home in your hands

SmartThings is a powerful remote control for your home.
Discover how a single app can drastically enhance your lifestyle.



# A home that works on your schedule

Now your home can keep up with your busy schedule.
SmartThings lets you automate your home so your mornings are easier and your nights are calmer.





# SmartThings and Matter. Now easier than ever.

SmartThings works with Matter, an industry-changing connectivity standard supported by more than 280 companies, so you get to decide which device to bring home. Just look for the Matter logo.

## SmartThings works seamlessly with Matter. Matter devices can through Samsung products that act as a hub.[1,2,3,4]



## Connect and experience more with SmartThings

SmartThings is more integrated with other smart devices to make life even easier. Just look for the "Works with SmartThings" symbol in stores and online.




## Enrich your Samsung Galaxy Experience

Do what you do everyday, but better with SmartThings. Now natively integrated into various apps installed in Galaxy devices, SmartThings makes your daily experiences more intuitive, convenient and pleasant.




| Call | Modes and Routines | Smart View | Calendar | ▶ |

Act fast, save **BIG** on **HOLIDAY** gifts! **Chat now!** ˅

# Fully immerse in your music

With SmartThings Music Sync, the color and brightness of your Philips Hue lights dance to your tunes, so you can enjoy the music with your ears, your eyes and your soul.[8]



# Left something behind?
# Use SmartThings Find.

With SmartThings Find, your Galaxy devices or a SmartTag-attached item won't stay lost for long. On the app, easily locate your misplaced device or object. Ring it to help you

Shop now



Act fast, save **BIG** on HOLIDAY gifts! **Chat now!**



## Control your home, from your car

SmartThings on Android Auto has your home in order. Control your SmartThings devices from your car display, you can keep your eyes on the road and off your smartphone. Almost home? Turn up the thermostat, start the air purifier, and open the garage door, all by clicking the Welcome Home scene in your car.[13]

## Life's a little easier with a voice assistant - or two

Turn on the TV and start the vacuum by voice. You can control your home with your favorite voice assistant, or all of them at the same time.[14]







## Let's get started with SmartThings

Connected life is only a button away. Tap the How-to-use menu in the SmartThings app.



### Contact Samsung Help

Do you have more questions?

GO TO FAQ ↗

• Image simulated for illustrative purposes. Actual UI may be different.
• Each device must be connected to Wi-Fi or other wireless network.
• For interoperability through SmartThings, all the devices should be registered with a single Samsung Account.
• Available technology, functions, features and services may vary by country, service provider, network environment, or product, and are subject to change without notice.
• Please find 'Works with SmartThings' logo on the product or product package.
• "Bixby" is limited to selected languages and certain accents/dialects.
• Compatible devices must be purchased separately in order to access SmartThings Services.

[1] A Matter-compatible hub is required for connecting Matter devices to SmartThings.
[2] Matter hub functionality will be provided via firmware update. Devices eligible for support: Hub (IM6001-V3P**, STH-ETH-200, STH-ETH-250), Samsung TV (QN900B/QN800B/QN700B/QN95B/S95B/QN90B/QN85B/Q80B/Q70B/Q60B/BU8/The Serif/The Frame/The Sero released in 2022), Smart Monitor (M50B and above released in 2022), Family Hub (models sold in US and Korea in 2017 or later, RH9000 excluded in KR). Update may be applied at different times.
[3] All of the Matter compatible hubs above support Matter devices operating on Wi-Fi radio.
[4] To connect Matter devices operating on Thread radio: to Samsung TV, Family Hub, or Smart Monitor, a SmartThings Dongle or a Thread border router is required. to Hubs STH-ETH-200 or STH-ETH-250, a Thread border router is required.
[5] The feature mentioned above is available on mobile devices that are running One UI 3.1 and above with SmartThings app installed.
[6] The feature mentioned above is available on mobile devices that are running One UI 5.0 and above with SmartThings app installed. Mobile devices with One UI 3.1 and above, but below One UI 5.0 can access the feature through Clock app. Modes are required to be preset by the user.
[7] Available on Galaxy Watch4 and later.
[8] Only available on Galaxy devices. This feature requires Philips Hue White and color ambiance lights and a Hue Bridge.
[9] Galaxy SmartTags have a Bluetooth range of up to 120m without obstacles. Actual performance may vary depending on the environment where they are used.
[10] Currently available with Galaxy smartphones and tablets above Android 8.0, Galaxy Watch with Wear OS or with Tizen OS 5.5 and above, Galaxy Buds+ and later,
[11] To find Galaxy Watch and Buds with SmartThings Find, the latest version of Galaxy wearable app needs to be installed.

[12] The location of your devices, such as Galaxy SmartTag, will only be shared to other members in your SmartThings location on your consent.
[13] Connect wirelessly or use a USB cable to link your mobile device to your car to use SmartThings on Android Auto. To find out if your car is compatible, check the Google Android Auto webpage.
[14] Google is a t...

Act fast, save **BIG** on HOLIDAY gifts! **Chat now!**
Home > Mobile > Apps & Service > SmartThings

### Shop
- Phones
- Tablets
- Watches
- Accessories
- Mobile Audio
- TV & Home Theater
- Computing
- Monitors
- Memory & Storage
- Home Appliances
- Smart Home
- Samsung Experience Stores
- Apps & Services
- Shop Certified Re-Newed ↗
- Samsung Authorized Reseller Program

### Support
- Chat with Us
- Product Help
- Order Help
- Your Account
- Register Your Product
- Contact Us
- Samsung Community
- CEO's Office
- Give Your Opinion

### Offers
- Offers
- Samsung Rewards
- Referral Program
- Education Offers Program
- Government Offers Program
- Military Offers Program
- Employee Offers Program
- First Responders Offers Program
- Business Offers Program
- Galaxy Campus Store

### Sustainability
- Overview
- Environment
- Digital Responsibility
- Security and Privacy
- Accessibility
- Labor & Human Rights
- Diversity · Equity · Inclusion
- Sustainable Supply Chain
- Corporate Citizenship ↗
- Corporate Sustainability ↗

### About us
- Leadership & Mission
- Our Business
- Brand Identity
- Careers
- Investor Relations ↗
- Newsroom ↗
- Ethics
- Samsung Design ↗



Get Shop Samsung App

Copyright© 1995-2023 SAMSUNG All Rights Reserved.

USA/ENGLISH  |  Privacy  |  Do Not Sell or Share My Personal information  |  Legal  |  Accessibility Help  |  Sitemap    STAY IN THE LOOP?