# EXHIBIT 9

12/17/23, 7:09 PM       Samsung Launches SmartThings Find, a New Way to Quickly and Easily Locate Your Galaxy Devices – Samsung Mobile Press

Case 2:24-cv-00133-JRG   Document 1-9   Filed 02/23/24   Page 2 of 8 PageID #: 31

# Samsung Mobile Press

**Press Releases**    Feature Stories    Media Assets

HOME > Press Releases

# Samsung Launches SmartThings Find, a New Way to Quickly and Easily Locate Your Galaxy Devices

October 30, 2020

Part of the SmartThings app, SmartThings Find helps you quickly find your connected Galaxy devices, using BLE and UWB technologies

12/17/23, 7:09 PM                    Samsung Launches SmartThings Find, a New Way to Quickly and Easily Locate Your Galaxy Devices – Samsung Mobile Press

Case 2:24-cv-00133-JRG    Document 1-9    Filed 02/23/24    Page 3 of 8 PageID #: 312

# Samsung Mobile Press

**Press Releases**     Feature Stories     Media Assets



SEOUL, KOREA – October 30, 2020 – Samsung Electronics today announced the launch of SmartThings Find, a new service[1] that helps you quickly and easily locate Galaxy devices.[2] After 6 million[3] users across Korea, the U.K. and U.S. signed up for early access to the service, SmartThings Find is ready for a global launch on devices running Android 8 or later. SmartThings Find uses Bluetooth Low Energy (BLE)[4] and ultra-wideband (UWB)[5] technologies to help people find select Galaxy smartphones, tablets, smartwatches and earbuds.

"Utilizing the latest in BLE and UWB technology, SmartThings Find will make your life less stressful when it comes to searching for misplaced Galaxy devices," said Jaeyeon Jung, Vice President and Head of

12/17/23, 7:09 PM    Samsung Launches SmartThings Find, a New Way to Quickly and Easily Locate Your Galaxy Devices – Samsung Mobile Press

Case 2:24-cv-00133-JRG    Document 1-9    Filed 02/23/24    Page 4 of 8 PageID #: 313

# Samsung
# Mobile Press

**Press Releases**    **Feature Stories**    **Media Assets**

the new meaningful mobile experiences that UWB technology will bring to people across the world."

### Easily Find More of Your Devices

After completing a quick registration process, SmartThings users can easily find their Galaxy devices – from smartphones, tablets and smartwatches, down to each individual earbud. Whether you dropped your Galaxy Note20 Ultra behind the sofa, can't remember where you stashed your Galaxy Buds Live, or left your Galaxy Watch3 somewhere so secure you can't find it, the SmartThings Find service will help you keep more of your Galaxy devices safe through the easy-to-use SmartThings app.

### Offline Doesn't Mean "Off-the-Grid"

With the SmartThings Find service, you can easily locate your missing device even if it's offline.[7] That's because SmartThings users can now opt in to securely use their Galaxy smartphone or tablet to help others locate their lost devices. Once a device has been offline for 30 minutes, it produces a BLE signal that can be received by other devices. If you report your device as lost via SmartThings Find, any nearby Galaxy smartphone or tablet that has opted into helping find misplaced devices can alert the Samsung server about its location, which will in turn notify you. All SmartThings Find user data is encrypted and securely protected, ensuring that the device's location is not revealed to anyone except its owner.

### Find Your Galaxy Faster with More Detailed Directions

Locating your missing device is a breeze with integrated map directions and the ability to "ring" a lost device to find it more quickly. When you lose a device, you can simply open SmartThings Find on your smartphone or tablet and select the device you want to locate. Your smartphone will then show you the exact location of your device on a map. Once you're close to your device, you can choose to either have your device "ring" or locate it using the AR-based Search Nearby function[6], which displays color graphics that increase in intensity when you are getting closer to your device.

### Availability

Starting today, a new software update for the SmartThings app will be released for Galaxy smartphones and

# Samsung
# Mobile Press

**Press Releases**     Feature Stories     Media Assets

their favorite items, not only for Galaxy devices, but also others as well.

"We are excited to also be working closely with leading companies in the item-finding space to both expand this experience and enable you to find more of the belongings you care about most," said Jaeyeon Jung. "We look forward to sharing more information soon."

For more information about the SmartThings app and SmartThings Find service, please visit here.

12/17/23, 7:09 PM
Samsung Launches SmartThings Find, a New Way to Quickly and Easily Locate Your Galaxy Devices – Samsung Mobile Press

Case 2:24-cv-00133-JRG   Document 1-9   Filed 02/23/24   Page 6 of 8 PageID #: 315

# Samsung Mobile Press

**Press Releases**    Feature Stories    Media Assets

and memory, system LSI, foundry and LED solutions. For the latest news, please visit the Samsung Newsroom at http://news.samsung.com.

[1] Availability may vary by market and carrier.

[2] Available on Galaxy smartphones and tablets running Android 8 or later, Galaxy Watch devices running Tizen 5.5 or later and Galaxy Buds+ and Galaxy Buds Live.

[3] As of October 28, 2020, the number of registered users surpassed 6 million, which is a result of a two-month early access program in Korea, the U.K. and U.S.

[4] BLE finding capabilities are available on Galaxy smartphones and tablets, running Android 8 or later; Galaxy Watch devices running Tizen 5.5 or later; and Galaxy Buds+ and Galaxy Buds Live.

[5] UWB feature is available on the Galaxy Note20 Ultra and Galaxy Z Fold2.

[6] Only available on devices supporting UWB.

[7] A device is "offline" when it is disconnected from a mobile network, or in the case of Galaxy wearables, disconnected from your Galaxy smartphone.

#AR    #BLE    #Galaxy Buds    #Galaxy Note20 Ultra    #Galaxy Watch3    #Press release    #SmartThings    #SmartThings App    #SmartThings Find    #UWB

## Downloads

### Images (7)

[Download]

# Samsung Mobile Press

**Press Releases**    Feature Stories    Media Assets



Video (1)                                                                                           Download

Documents (1)                                                                                       Download

☐ Press-Release-Samsung-Launches-SmartThings-Find-a-New-Way-to-Quickly-and-Easily-Locate-Your-Galaxy-Devices.pdf

**Samsung Mobile Press**    Press Releases | Feature Stories | Media Assets        

Terms of Use                                           Related Channels

12/17/23, 7:09 PM
Samsung Launches SmartThings Find, a New Way to Quickly and Easily Locate Your Galaxy Devices – Samsung Mobile Press

Case 2:24-cv-00133-JRG   Document 1-9   Filed 02/23/24   Page 8 of 8 PageID #: 317

Samsung
Mobile Press

**Press Releases**    Feature Stories    Media Assets