# EXHIBIT 10

**SAMSUNG**  Shop   Mobile   TV & Audio   Appliances   Computing   Displays   Explore   Support



Accessories    SmartThings                                                      For Business

# Galaxy Z Fold5

Get select free storage upgrade and
up to $1,000 trade-in credit[1,2,3]

**Buy now**    Learn more

# How to locate your Samsung Galaxy device with SmartThings Find



If you lost your Galaxy phone, tablet, watch, or earbuds, you don't need to worry. The SmartThings Find feature allows you to lock, locate, or completely wipe your data. Even your Samsung Wallet payment information can be locked or erased, and all of this can be done remotely. There are also similar services available for your watch and earbuds within the Galaxy Wearable app.

**Note:** Available screens and settings may vary by wireless service provider, software version, and model. These services can only locate your device if it is powered on. SmartThings Find replaced Find My Mobile.



Case 2:24-cv-00133-JRG    Document 1-10    Filed 02/23/24    Page 3 of 4 PageID #: 320

| SmartThings Find | › |
| Find your phone using SmartThings Find | › |
| Track a missing phone or tablet | › |
| Extend your phone's or tablet's battery life | › |
| Make your phone or tablet play a ringtone | › |
| Remotely lock your phone or tablet | › |
| Erase all data from the phone or tablet | › |
| Find your phone using your smart watch | › |
| Find your smart watch | › |
| Find your earbuds | › |
| What if I can't find my device? | › |

Act fast, save **BIG** on **HOLIDAY** gifts! Chat now!

Was this content helpful?    ◉ Yes    ○ No    [Submit]

12/18/23, 11:47 AM
Case 2:24-cv-00133-JRG   Document 1-10   Filed 02/23/24   Page 4 of 4 PageID #: 321
How to locate your Samsung Galaxy device with SmartThings Find

Act fast, save **BIG** on **HOLIDAY** gifts! **Chat now!** ⌄

## We're here for you
# Contact Samsung Support

Contact us online through chat and get support from an expert on your computer, mobile device or tablet. Support is also available on your mobile device through the Samsung Members App.

Get support

© 2023 Samsung Electronics America, Inc. Samsung, Samsung Galaxy and Family Hub are trademarks of Samsung Electronics Co., Ltd. All other brands, products and services, and their respective trademarks, names and logos, are the property of their respective owners. The above content is provided for entertainment and information purposes only. Consult user manual for more complete information. All information included herein is subject to change without notice. Samsung is not responsible for any direct or indirect damages, arising from or related to use or reliance of the content herein.

