# EXHIBIT 13

Choose your location and language.   Malaysia / English   Continue

SAMSUNG   Shop   Mobile   TV & AV   Home Appliances   Computing   Displays   Accessories   SmartThings   Support   For Business

20% Off Galaxy Z Flip5 Series
8 - 31 Dec 2023   Shop now



## Find My Mobile is now part of SmartThings Find.

Lost something? Find your Galaxy phone, tablet, watch, and other devices with SmartThings Find.
New features and enhancements make it easier than ever to find your devices.

Get Started ↗



## Don't worry, your other Galaxy devices can help

Locate your Galaxy SmartTag, Watch and Buds on SmartThings Find website and control these devices remotely. If you turn on Offline Finding to register your mobile or tablet as a 'Find Node', you can easily find your Galaxy SmartTag, Watch and Buds in case they go missing.

Case 2:24-cv-00133-JRG    Document 1-13    Filed 02/23/24    Page 3 of 4 PageID #:  355




## How to use

Find simple ways to use 'SmartThings Find'

| SET UP FIND MY MOBILE | SET UP OFFLINE FINDING | VISIT THE SMARTTHINGS FIND WEBSITE |

### Step 01

Go to settings.

### Galaxy S23 Ultra

Learn more

### Apps & Services

Learn more

- Device and screen images simulated for illustrative purposes.
- Support services may vary by country/region/carrier.
- The device must be turned on and logged in to your Samsung account.
- Offline finding is currently supported on Galaxy smartphones and tablets with at least Android 8, Galaxy Watch3, Galaxy Watch4, Galaxy Watch5, and Galaxy Buds Live, Galaxy Buds Pro, Galaxy Buds2 and Galaxy Buds2 Pro, and all types of Galaxy SmartTag series. Additional devices will be added in the future.
- The Offline Finding feature for your Galaxy Watch and Buds can be enabled within the Galaxy Wearable app. The connected phone or tablet's Offline finding settings will also be applied to your Galaxy Watch and Buds.
- You can also locate lost devices using the SmartThings Find feature within the SmartThings app. To use SmartThings Find, 'Allow this phone to be found' in Find My Mobile settings must be turned on.
- To register a device as a Find Node, you need to agree to allow the use of your location information and the Privacy Notice.

- Find Node devices do not indicate the exact location of the lost device.

Home > Mobile > Apps & Service > SmartThings Find

### Product & Service
- Smartphones
- Tablets
- Audio Sound
- Watches
- Smart Switch
- Mobile Accessories
- TVs
- Lifestyle TVs
- Sound Devices
- Refrigerators
- Laundry
- Air Solutions
- Cooking Appliances
- Monitors
- Memory Storage

### Shop
- Offers and Promos
- Trade in
- Installation Services
- Online Shop FAQ
- Samsung Experience Store
- Samsung Care+
- Store Locator
- Store Pickup and Support
- Student Offer
- Corporate Employee Offer
- Government Offer
- Business Offer
- Explore
- East Malaysia Express Delivery
- Samsung Finance

### Support
- Contact Us
- Phone Support
- Live Chat
- Email Support
- Product Registration
- Sign Language
- Service Location
- At Your Service
- E-mail to CEO's Office
- Community
- Give Feedback

### Account & Community
- My Page
- My Products
- Orders
- Wishlist
- Members
- Service
- Community
- Samsung Rewards

### Sustainability
- Environment
- Security & Privacy
- Accessibility
- Diversity · Equity · Inclusion
- Corporate Citizenship
- Corporate Sustainability

### About Us
- Company Info
- Business Area
- Brand Identity
- Careers
- Investor Relations
- Newsroom
- Ethics
- Samsung Design

Copyright© 1995-2023 Samsung. All rights reserved. Samsung Malaysia Electronics (SME) Sdn. Bhd. 200301026766 (629186-D).

Malaysia/English   |   Privacy   Legal   Sitemap      Stay in the Loop?