# EXHIBIT 15

**SAMSUNG**

Shop  Mobile  TV & Audio  Appliances  Computing  Displays  Accessories  SmartThings  For Business  Explore  Support



Get the latest

# Manuals and software

All Products  >  Mobile  >  Phones  >  Galaxy S                                                < Back

## Choose a product

Get help, find answers, download drivers, manuals and more.

🔍 Search your model number                                    Find model number

**Phones**     Tablets     Wearables     Audio     Virtual Reality     Mobile Accessories

( Galaxy S )  ( Galaxy Note )  ( Galaxy A )  ( Galaxy J )  ( Other Android phones )  ( All Other Phones )  ( Galaxy Z )



💬 CONTACT

Privacy · Terms

Case 2:24-cv-00133-JRG   Document 1-15   Filed 02/23/24   Page 3 of 5 PageID #:  368



Act fast, save **BIG** on **HOLIDAY** gifts! **Chat now!**

Galaxy S21 FE 5G

Galaxy S23 Ultra

Galaxy S23+

Galaxy S23

Galaxy S23 FE

Galaxy S22 Ultra

View more ˅

# Find resources

| Warranty | Register your product | Watch how-to videos |
|---|---|---|
| Register your product and find out what's covered. | Gain access to exclusive offers and perks, apps and services, world-class customer support and more. | Watch our helpful videos to get the most out of your Samsung products. |
| Learn More | Learn more | Watch now ↗ |



CONTACT

Act fast, save **BIG** on **HOLIDAY** gifts! **Chat now!** ˅

# We're here for you
# Contact Samsung Support

Contact us online through chat and get support from an expert on your computer, mobile device or tablet. Support is also available on your mobile device through the Samsung Members App.

**Get support**



Home  >  Support  >  Manuals & Software | Official Samsung Support US

| Shop | Support | Offers | Sustainability |
|---|---|---|---|
| Phones | Chat with Us | Offers | Overview |
| Tablets | Product Help | Samsung Rewards | Environment |
| Watches | Order Help | Referral Program | Digital Responsibility |
| Accessories | Your Account | Student & Education Offer Program | Security and Privacy |
| Mobile Audio | Register Your Product | | Accessibility |
| TV & Home Theater | Contact Us | Government Offer Program | Labor & Human Rights |
| Computing | Samsung Community | Military Offer Program | Diversity · Equity · Inclusion |
| Monitors | CEO's Office | Employee Offer Program | Sustain **CONTACT** |
| Memory & Storage | Give Your Opinion | First Responders Offer Program | Corporate Sustainability ↗ |

| | | | |
|---|---|---|---|
| Home Appliances | | Business Offer Program | Corporate Citizenship ↗ |
| Smart Home | | Galaxy Campus Store | |
| Samsung Experience Store | | | **About Us** |
| Apps & Services | | | Leadership & Mission |
| Shop Certified Re-Newed ↗ | | | Our Business |
| Samsung Authorized Reseller Program | | | Brand Identity |
| | | | Careers |
| | | | Investor Relations ↗ |
| | | | Newsroom ↗ |
| | | | Ethics |
| | | | Samsung Design ↗ |

Act fast, save **BIG** on **HOLIDAY** gifts! **Chat now!** ˅



Copyright© 1995-2023 SAMSUNG All Rights Reserved.

USA/ENGLISH    |    Privacy    Do Not Sell or Share My Personal information    Legal    Accessibility Help    Sitemap

STAY IN THE LOOP?     

