# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| AVANT LOCATION TECHNOLOGIES LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SAMSUNG ELECTRONICS CO. LTD., and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>　　　　　Defendants. | Case No. 2:24-cv-00133<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF ATTORNEY APPEARANCE

Notice is hereby given that the undersigned attorney, Vincent J. Rubino, III, enters his appearance in this matter for Plaintiff Avant Location Technologies LLC for purposes of receiving notices and orders from the Court.

Dated:  February 23, 2024　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　 /s/ *Vincent J. Rubino, III*
　　　　　　　　　　　　　　　　　　　　Vincent J. Rubino, III
　　　　　　　　　　　　　　　　　　　　NY Bar No. 4557435
　　　　　　　　　　　　　　　　　　　　Email: vrubino@fabricantllp.com
　　　　　　　　　　　　　　　　　　　　**FABRICANT LLP**
　　　　　　　　　　　　　　　　　　　　411 Theodore Fremd Avenue,
　　　　　　　　　　　　　　　　　　　　Suite 206 South
　　　　　　　　　　　　　　　　　　　　Rye, New York 10580
　　　　　　　　　　　　　　　　　　　　Telephone: (212) 257-5797
　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 257-5796

　　　　　　　　　　　　　　　　　　　　***ATTORNEYS FOR PLAINTIFF***
　　　　　　　　　　　　　　　　　　　　***AVANT LOCATION TECHNOLOGIES LLC***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on February 23, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ *Vincent J. Rubino, III*
Vincent J. Rubino, III