IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| AVANT LOCATION TECHNOLOGIES LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO. LTD., and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>                Defendants. | Case No. 2:24-cv-00133<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF ATTORNEY APPEARANCE**

Notice is hereby given that the undersigned attorney, Enrique W. Iturralde, enters his appearance in this matter for Plaintiff Avant Location Technologies LLC for purposes of receiving notices and orders from the Court.

Dated: February 23, 2024           Respectfully submitted,

                                          /s/ *Enrique W. Iturralde*
                                         Enrique Iturralde
                                         NY Bar No. 5526280
                                         Email: eiturralde@fabricantllp.com
                                         **FABRICANT LLP**
                                         411 Theodore Fremd Avenue,
                                         Suite 206 South
                                         Rye, New York 10580
                                         Telephone: (212) 257-5797
                                         Facsimile: (212) 257-5796

                                         ***ATTORNEYS FOR PLAINTIFF***
                                         ***AVANT LOCATION TECHNOLOGIES LLC***

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that, on February 23, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                      */s/ Enrique W. Iturralde*
                                                       Enrique W. Iturralde