**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| AVANT LOCATION TECHNOLOGIES LLC, | § § § | Case No. 2:24-cv-00133 |
| Plaintiff, | § § § | **JURY TRIAL DEMANDED** |
| v. | § § | |
| SAMSUNG ELECTRONICS CO. LTD., and SAMSUNG ELECTRONICS AMERICA, INC., | § § § § | |
| Defendants. | § § § | |

**NOTICE OF ATTORNEY APPEARANCE**

Notice is hereby given that the undersigned attorney, Julian Pymento, enters his appearance in this matter for Plaintiff Avant Location Technologies LLC for purposes of receiving notices and orders from the Court.

Dated:  February 23, 2024

Respectfully submitted,

 /s/ *Julian Pymento*
Julian Pymento
NY Bar No. 5563499
Email: jpymento@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Avenue,
Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

***ATTORNEYS FOR PLAINTIFF
AVANT LOCATION TECHNOLOGIES LLC***

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that, on February 23, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Julian Pymento*
Julian Pymento